**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6674**

———————

ERIC BERNARD HOPE,

Plaintiff - Appellant,

versus

EMSA CORRECTIONAL CARE; JIM PENDERGRAPH,
individually and as Sheriff of the Mecklenburg
County Jail; JANE DOE, individually and as the
Head Nurse of the Mecklenburg County Jail
(Spector North); JOHN DOE, individually and as
the Medical Doctor for the Mecklenburg County
Jail; SERGEANT EASON, individually and as
Sergeant of the Mecklenburg County Jail;
MECKLENBURG COUNTY JAILS; SERGEANT MACK,
individually and as Sergeant of the
Mecklenburg County Jail; DEPUTY OFFICER PUGH,
individually and as Deputy Officer of the
Mecklenburg County Jail,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-01-334-3-2-MU)

———————

Submitted: October 10, 2002          Decided: October 17, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

---

Eric Bernard Hope, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Bernard Hope appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Hope v. EMSA Correctional Care</u>, No. CA-01-334-3-2-MU (W.D.N.C. filed July 10 & July 11, 2001; entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2